# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio Corporation; and THE CINCINNATI INDEMNITY COMPANY, an Ohio Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZAYCON FOODS LLC, a Washington limited liability company; FRANK MARESCA and JANE DOE MARESCA, husband and wife, and the marital community composed thereof; MICHAEL GIUNTA and JANE DOE GIUNTA, husband and wife, and the marital community composed thereof; MIKE CONRAD and JANE DOE CONRAD, husband and wife, and the marital community composed thereof; ADAM KREMIN and JANE DOE KREMIN, husband and wife, and the marital community composed thereof; and RICHARD BRADDOCK, an individual,<br><br>Defendants. | No.  2:17-cv-00140-SMJ<br><br>**ORDER RE SANCTIONS** |

At the Telephonic Scheduling Conference on August 4, 2017, the Court stated its intent to sanction Plaintiffs' counsel, Gary Sparling, and Defendants'

ORDER **-** 1

counsel, Carl J. Oreskovich, in the amount of $250 each for failure to comply with Federal Rule of Civil Procedure 26(f) and the Court's scheduling notice. ECF No. 12. The Court has the inherent power to manage its cases and courtroom effectively and to ensure obedience to its orders. *Aloe Vera of Am., Inc. v. United States*, 376 F.3d 960, 964–65 (9th Cir. 2004). "As a function of this power, courts can dismiss cases in their entirety, bar witnesses, award attorney's fees and assess fines." *Id.* at 965 (quoting *F.J. Hanshaw Enters., Inc. v. Emerald River Dev., Inc.*, 244 F.3d 1128, 1136 (9th Cir.2001) (citations omitted). The Court does not exercise its authority to sanction a member of the bar lightly, but the Court finds both counsels' failure to comply with the civil rules and the Court's orders concerning. This failure unnecessarily delayed the proceedings in this matter and resulted in unnecessary costs to the Court and the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. Counsel may respond to this order at the telephonic hearing scheduled for Thursday, August 17, 2017, at 8:45 a.m., and may file a written response on or before Tuesday, August 15, 2017.

2. Absent evidence to the contrary, the Court will find that sanctions are appropriate and will assume that $250 is less than the amount of fees and costs incurred by the parties and the Court as a result of the failure to comply with the civil rules.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of August 2017.

*[signature]*
_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 3