# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2018

SEAN F. McAVOY, CLERK

THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; and THE CINCINNATI INDEMNITY COMPANY, and Ohio corporation,
*Plaintiff*

v.

ZAYCON FOODS LLC, a Washington limited liability company, et al.

*Defendant*

Civil Action No. 2:17-CV-00140-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs Cincinnati Insurance Company and Cincinnati Indemnity Company's Motion for Summary Judgment (ECF No. 16) is GRANTED. Defendants Zaycon Foods, LLC, Frank Maresca, Michael Giunta, Mike Conrrad, and Adam Kremin's Cross-Motion for Summary Judgment on Duty to Defend (ECF No. 43) is DENIED. Judgment in favor of Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. _____ on motions for Summary Judgment (ECF Nos. 16 and 43).

Date: 2/13/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen